# Court of Appeals
# of the State of Georgia

ATLANTA,  February 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0289.  WILLIAM DEWBERRY v. THE STATE.**

In February 2016, William Dewberry pleaded guilty to selling methamphetamine, and the trial court imposed a sentence of two years in prison, to be followed by eight years on probation.  In May 2018, the trial court revoked all of Dewberry's remaining probation after finding that he had committed a burglary and banished him from Jones County for the duration of his sentence.  Thereafter, Dewberry filed a motion to modify his sentence, which the trial court denied on October 9, 2018.[1]  He then filed a direct appeal, which this Court dismissed because the underlying subject matter was the revocation of his probation and therefore Dewberry was required to follow the discretionary appeals procedure.  *Dewberry v. State*, Case No. A19A0786 (decided December 31, 2018).  On January 10, 2019, Dewberry filed this application for discretionary appeal.  We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because Dewberry did not file his

---

[1] Dewberry did not include a stamped filed copy of the trial court's order with his application.  Consequently, Dewberry was ordered to supplement his application within ten days with a stamped filed copy of the order to be appealed.  Although Dewberry failed to comply with that order, we were able to locate a stamped filed copy of the order Dewberry seeks to appeal from his previous filings.

application for discretionary appeal until 93 days after the entry of the order he seeks to appeal, his application is untimely. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   02/01/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*